United States District Court

For the Northern District of California

1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    JAMES B. HAMILTON,                          No. C 13-0019 WHA (PR)

              Plaintiff,                         **ORDER OF TRANSFER**

9

10        vs.

11   RIVERSIDE SHERIFF
     DEPARTMENT; ROBERT PRESLY;
     RIVERSIDE COUNTY REGIONAL                   (Docket No. 2, 6)
12   MEDICAL CENTER; PATRICIA
     KNUDSON; TRANSPORTATION
13   DEPUTIES,

14            Defendants.
                                        /
15

16        This is a civil rights case brought pro se by a state prisoner incarcerated at Wasco State

17   Prison in Wasco, California.  He sues officials and entities in Riverside County based on actions

18   they took while he was in the custody of the Riverside County Sheriff.  Riverside County is

19   located within the venue of the United States District Court for the Central District of

20   California.  Venue for this case is therefore proper in the Central District.  *See* 28 U.S.C. 1391.

21   Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States

22   District Court for the Central District of California.  *See* 28 U.S.C. 1404(a), 1406(a).  Ruling on

23   plaintiff's application for leave to proceed in forma pauperis (dkt. 2, 6) is deferred to the

24   Central District.  The clerk shall transfer this matter forthwith.

25        **IT IS SO ORDERED.**

26   Dated: February ___28___, 2013.

27                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE
28   G:\PRO-SE\WHA\CR.13\HAMILTON0019.TRN.wpd